Wenyao Yang (SBN 348833)
SHINEVIN & YANG PC
8140 Weirick Road
Corona, CA, 92883
(626) 766-9272
Email: attorney@shinevinyang.com

Qin Li (SBN 349218), NDCA Admission Pending
Concord & Sage PC
1360 Valley Vista Dr, Ste 140
Diamond Bar, CA, 91765
(858)568-1696
Email: liqin@concordsage.com
Attorneys for Plaintiff SEI ROBOTICS CO., LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEI ROBOTICS CO., LTD.,**<br><br>Plaintiff,<br><br>v.<br><br>**FERDI YILDIRIM,**<br><br>Defendant. | Case No. 3:26-cv-07429<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5.** |

Pursuant to Local Rule 79-5, Plaintiff SEI Robotics Co., Ltd. ("Plaintiff") hereby moves for an administrative order to file under seal Exhibits A through E to Plaintiff's Complaint.

**I.    LEGAL STANDARD**

In the Ninth Circuit, a party seeking to seal documents attached to a complaint must establish "compelling reasons" supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The Ninth Circuit has expressly recognized that the need to protect trade secrets and highly confidential, unreleased business information constitutes a "compelling reason" sufficient to overcome the public's right of access. *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 727 F.3d 1214, 1221 (9th Cir. 2013).

**II.    COMPELLING REASONS EXIST TO SEAL EXHIBITS A THROUGH E IN THEIR ENTIRETY**

Plaintiff seeks to seal Exhibits A through E in their entirety because they consist of, and pervasively display, Plaintiff's unreleased product renderings, technical specifications, and internal confidential communications. These materials form the very factual basis of Plaintiff's claims for Copyright Infringement (17 U.S.C. § 501), Misappropriation of Trade Secrets (18 U.S.C. § 1836), and Knowing Material Misrepresentation Under the DMCA (17 U.S.C. § 512(f)).

Exhibits B and E consist wholly of Plaintiff's proprietary, unreleased product renderings and strictly confidential internal group communications. Exhibit A consists of screenshots from Defendant's unauthorized videos. These screenshots visually reproduce the unreleased 3D product renderings and combinations of technical specifications in extreme detail. Exhibits C and D are the DMCA takedown notice and counter-notification. The substantive text of these notices contains detailed descriptions of the trade secrets and specific identifying information that, if exposed on the public docket, would further disseminate the unreleased materials.

Redaction is Impracticable: Plaintiff has considered redaction as required by Civil L.R. 79-5(c) but determined it is not feasible. The protectable trade secrets are visually and textually pervasive throughout these specific exhibits. Redacting the confidential information would effectively require blacking out the entirety of the substantive content, leaving only meaningless boilerplate text and blank pages. Therefore, sealing these specific exhibits in their entirety is the most narrowly tailored method to prevent the irreparable destruction of Plaintiff's trade secrets.

**III.    CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Administrative Motion to file Exhibits A through E under seal in their entirety.

Dated: July 20, 2026                                Respectfully submitted,


                                                    /s/ Wenyao Yang
                                                    Wenyao Yang Esq.
                                                    CA Bar No. 348833
                                                    SHINEVIN & YANG PC
                                                    8140 Weirick Road
                                                    Corona, CA, 92883
                                                    (626) 766-9272
                                                    Email: attorney@shinevinyang.com

                                                    /s/ Qin Li
                                                    CA Bar No.349218
                                                    Concord & Sage PC
                                                    1360 Valley Vista Dr, Ste 140
                                                    Diamond Bar, CA, 91765
                                                    (858)568-1696
                                                    Email: liqin@concordsage.com
                                                    *Attorneys for Plaintiff*