Wenyao Yang (SBN 348833)
SHINEVIN & YANG PC
8140 Weirick Road
Corona, CA, 92883
(626) 766-9272
Email: attorney@shinevinyang.com

Qin Li (SBN 349218), NDCA Admission Pending
Concord & Sage PC
1360 Valley Vista Dr, Ste 140
Diamond Bar, CA, 91765
(858)568-1696
Email: liqin@concordsage.com
Attorneys for Plaintiff SEI ROBOTICS CO., LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SEI ROBOTICS CO., LTD.,** | Case No. 3:26-cv-07429 |
| Plaintiff, | **DECLARATION OF WENYAO YANG IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| **FERDI YILDIRIM,** | |
| Defendant. | |

I, Wenyao Yang, declare as follows:

1.  I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am counsel of record for Plaintiff SEI Robotics Co., Ltd. I submit this declaration in support of Plaintiff's Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2.  The documents sought to be sealed—Exhibits A through E to the Complaint—contain Plaintiff's highly sensitive, unreleased product renderings, technical specifications, and internal testing group communications.

3.  I am informed by Plaintiff and understand that these materials have not been authorized for public release. Plaintiff derives independent economic value from maintaining the secrecy of these pre-launch materials. Public disclosure of these Exhibits on the Court's docket would provide competitors with premature access to Plaintiff's proprietary industrial designs, technical configurations, and launch roadmap, causing substantial competitive harm.

4.  I have personally reviewed Exhibits A through E to evaluate whether redaction is possible in compliance with Civil L.R. 79-5(c). Because the trade secret information—specifically the visual renderings and detailed technical descriptions—is visually and textually pervasive throughout these documents, redaction is not practicable. Redacting the confidential portions would effectively require blacking out the entirety of the substantive content, leaving the exhibits devoid of any meaningful information. Accordingly, sealing the exhibits in their entirety is necessary.

5.  If these Exhibits are not filed under seal, the proprietary information underlying Plaintiff's claims for Misappropriation of Trade Secrets under 18 U.S.C. § 1836, Copyright Infringement, and violations of the DMCA will be irreparably destroyed through public docket access.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 20, 2026, at Corona, California.

/s/ Wenyao Yang
Wenyao Yang Esq.
CA Bar No. 348833
SHINEVIN & YANG PC
8140 Weirick Road
Corona, CA, 92883
(626) 766-9272
Email: attorney@shinevinyang.com