SENDER:
Ferdi YILDIRIM
Davutkadı Mah. İncirli Cad.
No: 223
Yıldırım, Bursa, 16340,
TÜRKIYE
Phone: +90 537 355 05 42




RECIPIENT:
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
USA
Re: Case No. 3:26-cv-07429

R RR287488766TR

Turkish Post
Ptt
yurtdışı kayıtlı/international registered

RECEIVED

AUG 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA