UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SEI ROBOTICS CO., LTD.,
Plaintiff,

v.

FERDI YILDIRIM,
Defendant, Pro Se.

Case No. 3:26-cv-07429-RFL

DEFENDANT'S CASE MANAGEMENT STATEMENT

1. Nature of the Case. Defendant has filed his Answer to Plaintiff's Complaint. The dispute concerns, among other matters, videos discussing TV boxes and their USB specifications. Defendant maintains that the actual contents of the relevant video versions and the technical commentary they contain must be evaluated based on the evidence and the specific versions at issue.

2. Jury Trial. Defendant has demanded a jury trial in his Answer and maintains that demand.

3. Language Limitations. Defendant resides in Türkiye and Turkish is his native language. He does not speak English fluently and cannot reliably understand spoken English during legal proceedings, including spontaneous questions, arguments, judicial explanations, or statements made by opposing counsel. He uses translation tools to read and prepare written English documents, but these tools do not enable him to follow real-time English conversations or participate meaningfully in oral proceedings.

4. Interpreter and Participation. Defendant does not have the financial means to hire a qualified English–Turkish legal interpreter and does not know whether the Court provides interpreter services for a self-represented litigant residing abroad. Defendant prefers written participation wherever practicable. If an oral hearing or video conference is required, the language barrier will materially affect his ability to understand the discussion and respond in real time. If no interpreter or equivalent accommodation is available, Defendant will need access to the material proceedings through a transcript or accurate written summary, together with a reasonable opportunity to provide written responses, subject to the Court's procedures and deadlines.

5. PACER/CM/ECF Access. Defendant's PACER account activation remains unresolved. Although he has been able to submit filings through CM/ECF, he cannot independently access and review the full docket and the actual documents filed by Plaintiff or issued by the Court. Consequently, he cannot reliably monitor Plaintiff's arguments and requests, judicial orders, or developments that may require a response.

6. Effect on Case Management. Defendant's electronic-access problem is not caused by a refusal to participate. He has attempted to complete the activation process and has already filed a separate notice or request concerning these difficulties. Until effective docket access is available, or an alternative means of receiving case documents is established, Defendant faces practical obstacles to monitoring deadlines and responding to filings. These circumstances are relevant to scheduling and to ensuring that both sides have a meaningful opportunity to participate.

7. Scheduling and Written Communications. Defendant's participation will depend on access to the relevant filings and orders, sufficient time to translate and understand them, and a workable method of communicating with the Court. He requests that the case schedule take these practical limitations into account and that material filings and orders be made available to him by an appropriate method, including email where permitted by the Court's procedures. Where an inaccessible filing or order affects a response deadline, the circumstances may require reasonable additional time to respond.

8. Discovery and Case Management. Defendant understands that discovery and other case-management obligations will be governed by the Court's orders and applicable rules. Any discovery should be proportional to the claims and defenses and appropriately focused on the issues actually in dispute.

9. Participation in Good Faith. Defendant has filed his Answer and intends to participate in the proceedings. His language limitations and unresolved electronic-access problem materially affect his ability to understand oral discussions and review the opposing party's filings. These circumstances should be taken into account when managing deadlines and evaluating any inability to respond immediately to material that he could not reasonably understand or access in time.

Respectfully submitted,

/s/ Ferdi Yıldırım
FERDI YILDIRIM
Defendant Pro Se
Bursa, Türkiye
Email: pcteknikelektronik@gmail.com

Date: October 9, 2026